IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:17-CR-196-TSE |
| | ) | **UNDER SEAL 18 U.S.C. §3509(d)** |
| IVAN DUANE WILLIAMS, a/k/a "LUCCI"; | ) | |
| DENNIS DAVIS, a/k/a "DEE" | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL INFORMATION BY THE UNITED STATES AS TO SENTENCING REGARDING VICTIM IMPACT STATEMENT**

The United States of America, by and through its undersigned counsel, received a victim impact statement by minor victim J.C.M. (Attached hereto as Exhibit A).   Pursuant to 18 U.S.C. § 3509(d) (protecting the identity of a minor victim), the United States is filing Exhibit A under seal.  The United States will provide a redacted copy of the letter to defense.

Respectfully submitted,

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

  _/s/ Maureen C. Cain_____
By: Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3892
Email:  Maureen.Cain@usdoj.gov

Jessica Urban
Trial Attorney
Child Exploitation and Obscenity Section

2

        1400 New York Ave
Washington, D.C. 20530
Phone: 202-353-4146
Email: Jessica.Urban@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, I filed the foregoing with the Clerk of Court, providing notice to counsel of record.

By: _____/s/_____
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3892
Email: Maureen.Cain@usdoj.gov